UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ADAM JUDKINS,

    Plaintiff

    v.

CLARK COUNTY DETENTION CENTER,

    Defendant.

Case No.  2:22-cv-00878-APG-EJY

**ORDER**

Pending before the Court is Plaintiff's initiating document which is styled as a Motion to Suppress Evidence in his state court case.  ECF No. 1-1.  Plaintiff did not submit an application to proceed *in forma pauperis* or pay the $402 filing fee in this matter.  Plaintiff's Motion does not comply with Local Special Rule 2-1.

**I.**    **Discussion**

    A.    <u>There Is No Application To Proceed *In Forma Pauperis* And The Filing Fee Has Not Been Paid</u>.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (pages 1 through 3 with the inmate's two signatures on page 3),

    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (page 4 of this Court's approved form), and

    (3) a copy of the <u>**inmate's prison or jail trust fund account statement for the previous six-month period**</u>.  If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

Plaintiff has not submitted an application to proceed *in forma pauperis* and, as stated, has not paid the required filing fee.

B.  <u>Plaintiff's Initiating Document Does Not Comply With Local Rules</u>.

Plaintiff's initiating document, at ECF No. 1-1, fails to comply with Local Special Rule 2-1 ("LSR 2-1") requiring a civil rights complaint filed by a person who is not represented by an attorney to be submitted on the form provided by the Court.  The complaint must be legible and contain substantially all the information called for by the Court's form.  Plaintiff's initiating document is styled as a motion and does not include the information required by the Court.

**II.    Order**

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court **will** send Plaintiff the approved form for filing a § 1983 complaint, the approved form application to proceed *in forma pauperis* by an inmate, and the information and instructions for filing both documents.

IT IS FURTHER ORDERED that on or before **August 5, 2022**, Plaintiff must (1) file a complaint in compliance with LSR 2-1, and (2) either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **<u>inmate's prison or jail trust fund account statement for the previous six-month period</u>**.

IT IS FURTHER ORDERED that failure to file a complaint in compliance with LSR 2-1 <u>and</u> either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **August 5, 2022,** will result in a recommendation to dismiss this action <u>without prejudice</u>.  A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED this 7th day of July, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE