UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM JUDKINS, | Case No. 2:22-cv-00878-APG-EJY |
| Plaintiff | **ORDER** |
| v. | |
| CLARK COUNTY DETENTION CENTER, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion for Miscellaneous Relief (the "Motion"), which is seeking relevant documents to be sent to the correct address. ECF No. 6. Plaintiff did not submit an application to proceed *in forma pauperis* or pay the $402 filing fee in this matter. Plaintiff's initiating document did not comply with Local Special Rule 2-1. On July 7, 2022, the Court issued an Order requiring the Clerk of the Court to send Plaintiff the approved form for filing a § 1983 complaint, the approved form application to proceed in forma pauperis by an inmate, and the information and instructions for filing both documents. ECF No. 4. The Clerk of Court sent the documents to Plaintiff at the Clark County Detention Center, but the mail was returned with the notification that Plaintiff was not in custody. In Plaintiff's subsequent Motion, he indicates that he is housed at the El Paso County Jail in Colorado Springs, Colorado. It appears, therefore, that Plaintiff never received the Court's prior Order.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Miscellaneous Relief (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must update Plaintiff's address to the El Paso County Jail in Colorado Sprints, which is reflected on ECF No. 6 at 2.

IT IS FURTHER ORDERED that the Clerk of the Court **will** send Plaintiff the approved form for filing a § 1983 complaint, the approved form application to proceed *in forma pauperis* by an

inmate, and the information and instructions for filing both documents to Plaintiff at the El Paso County Jail in Colorado Springs, Colorado.

IT IS FURTHER ORDERED that on or before **October 7, 2022**, Plaintiff must (1) file a complaint in compliance with LSR 2-1, and (2) either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to file a complaint in compliance with LSR 2-1 <u>and</u> either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **October 7, 2022,** will result in a recommendation to dismiss this action <u>without prejudice</u>. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED this 3rd day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

- 2 -