# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM JUDKINS, | Case No.: 2:22-cv-00878-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| CLARK COUNTY DETENTION CENTER and BATU, | |
| Defendants | |

I previously allowed plaintiff Adam Judkins to amend his complaint on certain claims if he did so by June 7, 2023. ECF No. 20 at 3.  Because Judkins did not amend, the only remaining claim is for excessive force against Batu.  Accordingly, the case will proceed against Batu in his individual and official capacities on that claim.

I THEREFORE ORDER the clerk of court to send the plaintiff one blank copy of form USM-285.

I FURTHER ORDER that the plaintiff shall have until October 20, 2023 to fill out and file the required USM-285 form.  On the form, the plaintiff must fill in defendant Batu's last-known address.

I FURTHER ORDER that the clerk of court is directed to issue a summons for defendant Batu using the address the plaintiff provides on the filed USM-285 form.

I FURTHER ORDER the clerk of court to serve a copy of this order, the issued summons, the filed USM-285 form, and the operative complaint (ECF No. 8-1) on the U.S. Marshals Service.

I FURTHER ORDER that upon receipt of the USM-285 form, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on defendant Batu.

DATED this 18th day of September, 2023.

                                                             ANDREW P. GORDON
                                                             UNITED STATES DISTRICT JUDGE