# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM JUDKINS, | Case No.: 2:22-cv-00878-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| CLARK COUNTY DETENTION CENTER and BATU, | |
| Defendants | |

I previously gave plaintiff Adam Judkins until October 20, 2023 to fill out and return the required USM-285 form to serve remaining defendant Batu. ECF No. 21. Judkins did not do so. Consequently, I order him to show cause why his claims against Batu should not be dismissed without prejudice for failure to timely serve Batu.

I THEREFORE ORDER plaintiff Adam Judkins to show cause why his claims against defendant Batu should not be dismissed for failure to timely serve Batu. Failure to respond to this order by December 22, 2023 will result in Judkins' claims being dismissed without prejudice.

DATED this 1st day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE