# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADAM JUDKINS,

    Plaintiff

v.

CLARK COUNTY DETENTION CENTER and BATU,

    Defendants

Case No.: 2:22-cv-00878-APG-EJY

**Order**

I previously gave plaintiff Adam Judkins until October 20, 2023 to fill out and return the required USM-285 form to serve remaining defendant Batu. ECF No. 21. Judkins did not do so. Consequently, I ordered him to show cause why his claims against Batu should not be dismissed without prejudice for failure to timely serve Batu. ECF No. 22. I advised Judkins that if he did not respond by December 22, 2023, I would dismiss his claims without prejudice. *Id.* Judkins did not respond.

I THEREFORE ORDER plaintiff Adam Judkins' claims against defendant Batu are dismissed without prejudice for failure to timely serve Batu. The clerk of court is instructed to close this case.

DATED this 4th day of January, 2024.

                                                ANDREW P. GORDON  
                                              UNITED STATES DISTRICT JUDGE