UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM JUDKINS, | Case No.: 2:22-cv-00878-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| CLARK COUNTY DETENTION CENTER and BATU, | |
| Defendants | |

I previously dismissed this case because plaintiff Adam Judkins failed to timely serve the sole remaining defendant, Batu. ECF No. 23. Judkins moves to continue (which I'll treat as a motion to reopen) due to him having changed his address. ECF No. 28. I grant Judkins' motion, reopen the case, and extend the time for Judkins to serve Batu. However, I advise Judkins that he must maintain an accurate address with the court and update it immediately if it changes.

I THEREFORE ORDER that plaintiff Adam Judkins' motion (ECF No. 28) is GRANTED and the clerk of court is instructed to reopen this case.

I FURTHER ORDER the clerk of court to send the plaintiff one blank copy of form USM-285.

I FURTHER ORDER that the plaintiff shall have until July 7, 2024 to fill out and file the required USM-285 form. On the form, the plaintiff must fill in defendant Batu's last-known address.

I FURTHER ORDER that the clerk of court is directed to issue a summons for defendant Batu using the address the plaintiff provides on the filed USM-285 form.

I FURTHER ORDER the clerk of court to serve a copy of this order, the issued summons, the filed USM-285 form, and the operative complaint (ECF No. 8-1) on the U.S. Marshals Service.

I FURTHER ORDER that upon receipt of the USM-285 form, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on defendant Batu.

DATED this 5th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE