UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADAM JUDKINS | Case No. 2:22-cv-00878-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| CLARK COUNTY DETENTION CENTER, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion seeking assistance with service on Defendant Seargent Batu (ECF No. 30), which the Court allowed to proceed under the Fourteenth Amendment. *See* ECF No. 19.  Plaintiff was moved several times and paperwork, including the USM-285 form, appears to have been lost.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Assistance (ECF No. 30) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is to separate Plaintiff's Complaint at ECF No. 8-1 and file it on the docket.

IT IS FURTHER ORDERED that the Court requests that Defendant Batu waive service of the Summons and Complaint by executing, or having counsel execute, a Waiver of Service of Summons.  *See* Fed. R. Civ. P. 4(d).  Such Waiver must be filed with the Court no later than 30 days after this Order is issued.  If Defendant Batu chooses to return the Waiver of Service of Summons, his responsive pleading will be due within 60 days after the date of this Order.

IT IS FURTHER ORDERED that the Clerk of Court **must** mail copies of the following documents to Defendant Batu: (1) Plaintiff's Complaint (ECF No. 8-1); (2) this Order; (3) the Court's Screening Order (ECF No. 19); (4) the form Notice of a Lawsuit and Request to Waive

Service of a Summons; and (5) the form Waiver of the Service of Summons. The address to which these documents must be mailed is:

> Sergeant Batu
> c/o Las Vegas Metropolitan Police Department
> 400 S. Martin Luther King Blvd., Bldg. B
> Las Vegas, NV 89106

DATED this 17th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE