UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADAM JUDKINS<br><br>    Plaintiff,<br><br>  v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>    Defendant. | Case No. 2:22-cv-00878-APG-EJY<br><br>**ORDER** |

On April 24, 2024, the Court entered an Order allowing Plaintiff's Fourteenth Amendment Due Process claim against Sergeant Batu to Proceed. ECF No. 19 adopted by the Court on May 17, 2024 (ECF No. 20). Since that time the Court has attempted to assist Plaintiff with service on Sergeant Batu; however, personal service failed and an attempt to prompt service by mail has not received a timely response. ECF No. 31 and 34.

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court send a copy of this Order to Plaintiff at his new address.

IT IS FURTHER ORDERED that the Court send courtesy copies of ECF Nos. 8-1 (the operative Complaint), 19, 20, 23, 29, 31, and 34 to:

    Robert W Freeman , Jr.
    Lewis Brisbois Bisgaard & Smith LLP
    6385 S. Rainbow Blvd., Ste. 600
    Las Vegas, NV 89118

The Court requests Mr. Freeman or his designee file a status report **no later than August 23, 2024** stating whether service of process for Sergeant Batu is accepted. If service is accepted, Sergeant Batu's responsive pleading is due **September 23, 2024**. If service is not or cannot be accepted, the Court requests a last known physical address for Sergeant Batu be provided, if available.

IT IS FURTHER ORDERED that if these last attempts at service of process on Sergeant Batu are unsuccessful, the Court will recommend this matter be dismissed in its entirety without prejudice.

DATED this 18th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE