# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM JUDKINS, | Case No.: 2:22-cv-00878-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| SGT. BATU, | |
| Defendant | |

Defendant Jim Batu moved for summary judgment (ECF No. 47). The court's notice regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* (ECF No. 50) was returned in the mail and plaintiff Adam Judkins has not responded to the summary judgment motion. ECF No. 51. However, Judkins recently updated his address. ECF No. 52.

I THEREFORE ORDER the clerk of court to send the *Klingele* notice (ECF No. 50) to Judkins at his updated address.

I FURTHER ORDER that plaintiff Adam Judkins' deadline to respond to the summary judgment motion is July 8, 2025.

DATED this 12th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE