AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Adam Judkins,

                Plaintiff,

v.

Batu,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00878-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant, Batu, and against Plaintiff, Adam Judkins.

12/08/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk