LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
***Attorneys for Defendant***
***Corrections Sergeant Jim Batu***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM JUDKINS,<br><br>Plaintiff,<br><br>vs.<br><br>SGT. BATU LVMPD OFFICER,<br><br>Defendants. | Case No.: 2:22-cv-878-APG-EJY<br><br>**SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendant, Sergeant Batu ("Batu") in the above-entitled action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 18th day of August, 2026.

KAEMPFER CROWELL

By: */s/ Lyssa Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

DATED this 18th day of August, 2026.

We hereby consent to the substitution.

Sergeant Jim Batu

By: */s/ Matthew Christian*
Name: Matthew Christian
Assistant General Counsel for Las Vegas Metropolitan Police Department

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 18th day of August, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Robert W. Freeman*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2026