**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADAM JUDKINS,

Plaintiff

v.

CLARK COUNTY DETENTION CENTER and SGT. BATU,

Defendants

Case No.: 2:22-cv-00878-APG-EJY

**Order Denying Plaintiff's Motions for Reinstated Proceedings**

[ECF Nos. 63, 65]

I previously granted the defendants' motion for summary judgment. ECF No. 61. The plaintiff now moves to reinstate proceedings and to continue to trial. I liberally construe these filings as motions for reconsideration under Federal Rule of Civil Procedure 60. The plaintiff does not offer sufficient reasons for me to reconsider and change my mind. He does not show an intervening change in law, he does not offer new evidence, and he does not show a clear error or manifest injustice. *Mustafa v. Clark Cnty. Sch. Dist.*, 157 F.3d 1169, 1178-79 (9th Cir. 1998); LR 59-1(a). He also requests that I order video evidence to be produced, but he did not participate in discovery to obtain this evidence while the case was open. Therefore, I deny his motions. If the plaintiff continues to repeat arguments in future motions for reconsideration, I may sanction him under LR 59-1(b). The case remains closed.

I THEREFORE ORDER that the plaintiff's motions for reinstated proceedings **(ECF Nos. 63, 65) are DENIED.**

DATED this 26th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE